ALLEN HYMAN, ESQ. (CBN: 73371)
Email: lawoffah@aol.com
CHRISTINE COVERDALE, ESQ. (CBN: 195635)
Email: ccoverdaleesq@aol.com
LAW OFFICES OF ALLEN HYMAN
10737 Riverside Drive
North Hollywood, California 91602
(818) 763-6289 or (323) 877-3405
Fax: (818) 763-4676

Attorneys for Plaintiffs,
DRIVE-IN MUSIC COMPANY, AND
ORIGINAL SOUND RECORD CO.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRIVE-IN MUSIC COMPANY, a California corporation; ORIGINAL SOUND RECORD CO., a California corporation,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>UNIVERSAL MUSIC GROUP, a California corporation; INTERSCOPE-GEFFEN-A&M GROUP, an entity unknown; BECK HANSEN, AKA BEK DAVID CAMPBELL, an individual,<br><br>　　　　　　Defendants. | CASE NO. **CV10 5739 MMM FMOx**<br><br>COMPLAINT FOR:<br><br>(1) **COPYRIGHT INFRINGEMENT;**<br>(2) **STATE LAW UNFAIR COMPETITION;**<br>(3) **VIOLATION OF CALIFORNIA CIVIL CODE 980**<br><br>[DEMAND FOR JURY TRIAL] |

　　　　Plaintiffs Drive-In Music Company, ("DRIVE-IN"), and Original Sound Record Co., ("OSRC") allege as follows:

///

///

///

///

S:\Shared Data\PC7\Drive-In\v. Beck\COMPLAINT073010.wpd

## I.

## FIRST CLAIM FOR RELIEF

## FOR COPYRIGHT INFRINGEMENT

### (Against All Defendants)

### Jurisdiction and Venue

1. This U.S. District Court has subject matter jurisdiction pursuant to 28 U.S.C. §1338(a), in that this is an action arising "...under any Act of Congress relating to ... copyrights." The Court has supplemental jurisdiction over the non-federal claims, pursuant to 28 U.S.C. 1338 in that the non-federal claims arise out of the same facts and circumstances as the federal claim for copyright infringement.

2. Venue is appropriate under 28 U.S.C. §1400(a) in that the defendants and/or their agents may be found within the Central District of California.

### The Parties

### Plaintiffs Drive-In Music Company and Original Sound Record Co.

3. Plaintiff DRIVE-IN is a California corporation, whose principal place of business is located at 7120 West Sunset Boulevard, Hollywood, California 90046. DRIVE-IN's business is that of a music publishing company. DRIVE-IN owns copyrights to musical compositions, and licenses and exploits the musical compositions. The musical composition at issue in this matter is entitled "Let A Woman Be A Woman, Let A Man Be A Man," as composed by Arlester Christian.

4. Plaintiff OSRC, is also a California corporation, whose principal place of business is located at 7120 West Sunset

Boulevard, Hollywood, California 90046. OSRC is a record company that has over the years created sound recordings, which OSRC owns, manufactures, sells, and distributes. During 1969, OSRC created and has owned from that date, the OS-89 sound recording, "Let A Woman Be A Woman, Let A Man Be A Man," as performed by "Dyke And The Blazers," under contract as a recording artist to OSRC (copy of OS-89, attached as Exhibit No. 1).

### Defendants

5. Plaintiffs assert that Defendant Universal Music Group ("UMG"), is a corporation with its principal place of business located in Los Angeles, California.

6. Plaintiffs assert, on information and belief, that Interscope-Geffen-A&M Group ("IGA&M") is either a division of defendant UMG, or is an business organization wholly owned by defendant UMG, which principal place of business is located in Los Angeles, California.

7. Defendant Beck Hansen ("HANSEN") aka Bek David Campbell, is a composer and recording artist.

8. Plaintiffs refer to defendants: (1) UMG; (2) IGA&M and (3) BECK collectively as "DEFENDANTS."

### Nature of the Claims

9. The nature of the claims is that DEFENDANTS, through the creation, manufacturing and distribution of the sound recording and composition entitled "JACK-ASS," initially on the Geffen recording "BECK!ODELAY," initially released in 1995, (copy of the CD cover attached as Exhibit No. 2), (re-released in 2008), infringes the musical composition copyright of DRIVE-IN's "Let A Woman, Be a Woman, Let a Man Be A Man," and infringes the common

law copyright of OSRC's ownership in the 1969 master recording of Arlester Christian's performance of "Let A Woman Be a Woman, Let A Man Be A Man."

### The Infringed Musical Composition

9. In 1969, the composer and songwriter, Arlester Christian, composed a musical composition entitled "Let a Woman Be A Woman, (and Let A Man Be A Man)," ("LET A WOMAN").

10. The composition, LET A WOMAN, is an original work that is subject to protection under the United States Copyright Act.

11. In 1969, Arlester Christian assigned the copyright to the composition, and all rights, including all rights of renewal, to the plaintiff, Drive-In Music Company, Inc., ("DRIVE-IN").

12. On August 13, 1969, DRIVE-IN complied with all laws and obtained a U.S. Copyright Registration for the musical composition, LET A WOMAN, Registration No. EP 261802.

13. From August 13, 1969 to the present, DRIVE-IN has published and/or licensed for publication, the musical composition, LET A WOMAN.

14. Thereafter, upon the passing away of Arlester Christian, all heirs of Arlester Christian confirmed and assigned all rights in the renewal copyright to DRIVE-IN.

15. From August 13, 1969, to the present, plaintiff DRIVE-IN has been and remains the exclusive owner of the copyright and all right, title, and interest, in and to the musical composition, LET A WOMAN, initial Registration No. EP 261802, renewal Copyright Registration RE0000929138.

16. LET A WOMAN is considered a classic recording in the "Funk" genre of music, has been licensed by numerous record companies, and has been extensively exploited in the United States, England and throughout the world.

### The Infringing Work

17. Plaintiffs allege that commencing sometime in 1994-1995, DEFENDANTS created a musical composition and sound recording entitled "Jack-Ass," track No. 7 on the "BECK!ODELAY" record album, identified as manufactured and distributed by Geffen Records, which included in the musical composition and sound recording, "Jack-Ass," the actual recording and musical composition of "LET A WOMAN."

18. The "BECK!ODELAY" recording of "Jack-Ass" was re-released in 2008 on Geffen Records, and is also available as of 2010 on MP3 downloads and from other internet download entities.

19. The musical composition and sound recording "Jack-Ass," in the record album "BECK!ODELAY," was manufactured, sold, and marketed in the United States by DEFENDANTS. DEFENDANTS, or those who represented DEFENDANTS, made copies of the recording "Jack-Ass," and sent copies of those recordings from the United States to be copied, manufactured and marketed outside of the United States.

20. Plaintiffs first had any knowledge, or suspicion or were on notice of the infringement of DEFENDANTS in their creation, marketing, manufacturing or sale of the infringing recording in the year 2010.

21. DEFENDANTS' infringing acts were willful, deliberate, and committed with prior notice and knowledge of

plaintiffs' copyright.

22. As a result of their actions, DEFENDANTS are liable to plaintiffs for willful copyright infringement under 17 U.S.C. Section 501. Plaintiffs are entitled to their damages and DEFENDANTS' profits.

23. Plaintiffs do not have an adequate remedy at law for DEFENDANTS' wrongful conduct and request injunctive relief under 17 U.S.C. Section 502 and impoundment of DEFENDANTS' products.

## II.

### SECOND CLAIM FOR RELIEF

### CALIFORNIA STATE COMMON LAW UNFAIR COMPETITION

### (Against All Defendants)

24. Plaintiffs incorporate paragraphs Nos. 1 through 23 as if fully set forth in this paragraph.

25. Plaintiff OSRC is the owner of the 1969 sound recording ("1969 RECORDING") of "Let A Woman Be A Woman Let A Man Be A Man," as performed by Arlester Christian (Ex. No. 1).

26. The rights to exploitation of the 1969 RECORDING were not pre-empted by the 1976 Copyright Act, and are protected by state common law.

27. DEFENDANTS, and each of them, without permission of OSRC, copied, used, and exploited the OSRC 1969 RECORDING.

28. Plaintiff OSRC had no knowledge and was not on notice of DEFENDANTS' unlawful acts until 2010.

29. OSRC has been damaged in an amount to be proven at trial.

30. The acts of DEFENDANTS were willful and fraudulent, and OSRC is entitled to punitive damages.

### III.

### THIRD CLAIM FOR RELIEF

### Violation of California Civil Code 980

### (Against All Defendants)

31. Plaintiffs incorporate paragraphs Nos. 1 through 23 as if fully set forth in this paragraph.

32. DEFENDANTS and each of them jointly and severally have violated OSRC's rights in the 1969 MASTER as provided by California Civil Code 980.

33. Plaintiff OSRC seeks damages according to proof.

Wherefore, plaintiffs DRIVE-IN and OSRC respectfully request:

1. Judgment against DEFENDANTS, jointly and severally, for copyright infringement of the musical composition, LET A WOMAN;

2. For damages and disgorgement of profits or benefit of DEFENDANTS from their exploitation of the infringing work;

3. For permanent injunctive relief;

4. For an order pursuant to 15 U.S.C. Sections 503 and 509 mandating the impounding of all infringing copies of "Jack-Ass," as included in the recording of "BECK!ODELAY."

5. For DEFENDANTS' profits and gains from exploitation of the sound recording;

6. For damages according to proof;

7. For prejudgment interest;

8. For punitive damages;

///

///

1 |       9.   For costs of suit; and
2 |      10.  For such other and further relief as the Court deems
3 | just and proper.

```
                                    Respectfully submitted,

                                    LAW OFFICES OF ALLEN HYMAN


Dated:  August 2, 2010         By:  _____
                                    Allen Hyman
                                    Attorneys for Plaintiffs,
                                    DRIVE-IN MUSIC COMPANY, and
                                    ORIGINAL SOUND RECORD CO.
```

## DEMAND FOR JURY TRIAL

Pursuant to F.R.C.P. Rule 38 and Local Rule 38-1, plaintiffs DRIVE-IN and OSRC request a trial by jury.

Respectfully submitted,

LAW OFFICES OF ALLEN HYMAN

Dated: August 2, 2010    By: /s/ Allen Hyman
Allen Hyman
Attorneys for Plaintiffs,
DRIVE-IN MUSIC COMPANY, and
ORIGINAL SOUND RECORD CO.



EXHIBIT 1



EXHIBIT 2



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Margaret M. Morrow and the assigned discovery Magistrate Judge is Fernando M. Olguin.

The case number on all documents filed with the Court should read as follows:

### CV10- 5739 MMM (FMOx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

======================================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X] Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | **[ ] Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | **[ ] Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Allen Hyman, Esq. (CBN: 73371)
E: lawoffah@aol.com
Law Offices of Allen Hyman
10737 Riverside Drive
North Hollywood, CA 91602
P: (818) 763-6289; F: (818) 763-4676

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRIVE-IN MUSIC COMPANY, a California corporation; ORIGINAL SOUND RECORD CO., a California corporation,<br><br>PLAINTIFF(S)<br>v.<br><br>UNIVERSAL MUSIC GROUP, a California corporation; SEE ATTACHMENT A<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV10 5739 MMM FMOx<br><br>SUMMONS |

TO:     DEFENDANT(S): _____

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Allen Hyman, Esq._____, whose address is _Law Offices of Allen Hyman, 10737 Riverside Drive, North Hollywood, CA 91602_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: ___AUG - 2 2010___        By: **CHRISTOPHER POWERS**
                                     _____
                                     Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

---

CV-01A (12/07)                            **SUMMONS**

**ATTACHMENT A**

INTERSCOPE-GEFFEN-A&M GROUP, an entity unknown; BECK HANSEN, AKA BEK DAVID CAMPBELL, an individual,

       Defendants.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
DRIVE-IN MUSIC COMPANY; ORIGINAL SOUND RECORD CO.

**DEFENDANTS**
UNIVERSAL MUSIC GROUP; INTERSCOPE-GEFFEN-A&M GROUP; BECK HANSEN, AKA BEK DAIVD CAMPBELL

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Allen Hyman, Esq.; Law Offices of Allen Hyman, 10737 Riverside Drive, North Hollywood, CA 91602; P: (818) 763-6289; F: (818) 763-4676

**Attorneys (If Known)**

---

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No ☑ **MONEY DEMANDED IN COMPLAINT:** $ To be proven at trial

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C. Section 101, et seq., Copyright Infringement

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 350 Motor Vehicle | | | |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☑ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| | ☐ 190 Other Contract | | ☐ 443 Housing/Acco-mmodations | | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | | | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | ☐ 440 Other Civil Rights | ☐ 690 Other | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**CV10 5739**

**FOR OFFICE USE ONLY:** Case Number: _____
AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)          CIVIL COVER SHEET         Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No ☑ Yes
If yes, list case number(s): CV10-01783-JFW (PLAx); CV10-5613-CASE (JCGx); CV10-5615-R (CAGRx)

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☑ A. Arise from the same or closely related transactions, happenings, or events; or
☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☑ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _[signature]_ Date August 2, 2010

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |